UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER JIMINEZ, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>HIGH MOUNTAIN FUNDING, INC. d/b/a/ HIGH MOUNTAIN COLLECTIONS, LLC, PALISADES FUNDING CORP. and JOHN DOES 1-25,<br><br>                      Defendants. | Civil Action No.:<br>7:20-cv-00353(NSR)<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel of record, whose signatures are affixed at the foot hereof, that the action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                                                McGIVNEY, KLUGER, CLARK
                                                                                                                                                                                        & INTOCCIA, P.C.
                                                                                                                  Attorneys for Defendants
                                                                                                                        High Mountain Funding, Inc.
                                                                                                                        Palisades Funding Corp.
                                                        80 Broad Street, 23rd Floor
                                                        Tel. No. (212) 509-3456

By: *William D. Sanders*
        William D. Sanders, Esq.

Dated: July 21, 2020

HOROWITZ LAW, PLLC.
Attorneys for Plaintiff
14441 70th Road
Flushing, New York 11367
Tel. No. (718) 705-8706
By: *[signature]*
    Uri Horowitz, Esq.

Dated: July 21, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2020

Dated: White Plains, NY
July 30, 2020

SO ORDERED:
*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE